## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESSIE JAMES DRAKE, | ) | 3:16-cv-00518-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 20, 2017 |
| | ) | |
| SCHEELS SPORTING GOODS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the Stipulation to Extend Discovery Responses and for Non-Opposition to Motion to Withdraw (ECF No. 32).  In their Stipulation, the parties request an additional two weeks from the filing of the Stipulation to respond to Defendants' separate first set of interrogatories, requests for production and requests for admissions.

A Stipulation between the parties for an extension for a party to extend the time to respond to another party's discovery does not require approval by the court.   Similarly, an agreement not to oppose a certain motion does not require either a stipulation of counsel nor an order of the court.

The Stipulation to Extend Discovery Responses and for Non-Opposition to Motion to Withdraw (ECF No. 32) is **DENIED** as moot.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/
Deputy Clerk